**1126**

■

COM.

v.

**REGUSTERS, C.**

869 EDA 2016

Superior Court of Pennsylvania.

08/31/2017

CP–51–CR–0005630–2013 (Philadelphia)

Affirmed

■

COM.

v.

**HYNSON, J.**

1037 EDA 2016

Superior Court of Pennsylvania.

08/31/2017

CP–51–CR–0001272–2015
(Philadelphia)

Affirmed

■

COM.

v.

**WARRIS, R.**

2479 EDA 2016

Superior Court of Pennsylvania.

08/31/2017

CP–39–CR–0003069–2015
(Lehigh)

Affirmed

COM.

v.

**REEVE, O.**

2712 EDA 2016

Superior Court of Pennsylvania.

08/31/2017

CP–51–CR–0011166–2010
(Philadelphia)

Affirmed